## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MOUNTAIN CREEK PROPERTIES, LP, | : | No. 181 MM 2020 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HONORABLE SUSAN DAY, MAGISTERIAL DISTRICT JUDGE, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2021, the "Petition for Issuance of Writ of Mandamus" is DENIED.  The Prothonotary is DIRECTED to strike the name of the jurist from the caption.